DNJ-Civ-015 Order Dismissing Appeal

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMBOY GROUP, LLC<br><br>Debtor(s) | Bankruptcy Case No. 18-13315 |
| AMBOY GROUP, LLC<br><br>Appellant(s),<br>v.<br>PARMACOTTO AMERICA, INC.<br><br>Appellee(s). | Civil Action No. 3:18-14618(FLW)<br><br>**ORDER DISMISSING APPEAL** |

IT APPEARING to the Court that on  October 4, 2019  a Notice of Appeal was filed from the Order of the Bankruptcy Court dated  August 28, 2018  and entitled  In Re: Amboy Group, LLC et al.  ; and

IT FURTHER appearing to the Court the appellant has not filed a Designation of Contents of Record and Statement of Issues pursuant to the provisions of Bankruptcy Rule 8009, nor has applied for an extension of time to do so, and that the time for filing same has expired;

IT IS, on this  20th  day of  March , 2019

ORDERED that the Notice of Appeal in this matter be and the same is hereby dismissed under Federal Rule of Bankruptcy Procedure 8003 for failure to comply with Federal Rule of Bankruptcy Procedure 8009.

s/ *Freda L. Wolfson*
Signature of Judicial Officer

Freda L. Wolfson, USDJ
Name and Title of Judicial Officer